**Order entered October 9, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00727-CV

### BRIAN E. VODICKA, Appellant

### V.

### MICHAEL B. TOBOLOWSKY, EXECUTOR OF THE ESTATE OF IRA E. TOBOLOWSKY, Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-08135**

## ORDER

Before the Court is appellee's October 8, 2018 motion for extension of time to file brief and appellant's October 9, 2018 response. We **GRANT** the motion to the extent we **ORDER** the brief be filed no later than November 12, 2018.

/s/     DAVID EVANS
        JUSTICE